IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANE TRABBOLD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MIKE'S HARD LEMONADE, et al., | : | NO. 09-4235 |
| Defendants. | : | |

## ORDER

AND NOW, this **26th** day of **May, 2011**, upon consideration of the Motions for Summary Judgment of Third-Party Defendant, Anchor Glass Container Corporation (hereinafter "Anchor"), Pursuant to Rule 56, Federal Rules of Civil Procedure (docs. 94, 126), the supporting memoranda of law and exhibits, and all responses and replies thereto, it is hereby ORDERED that the motions are GRANTED, and all claims and cross-claims against Anchor are hereby DISMISSED with prejudice, for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. Magistrate Judge